IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN McKITT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:12-cv-673-WHA |
| | ) |
| ALABAMA ALCOHOLIC BEVERAGE | ) |
| CONTROL BOARD and JEFF ROGERS, | )   (WO) |
| | ) |
| Defendants. | ) |

## ORDER

It is hereby ORDERED that the Joint Motion for Extension of Time (Doc. #29) is GRANTED to the extent that the briefing schedule for the outstanding Motion for Summary Judgment (Doc. #25) is extended as follows:

Plaintiff shall file his response and supporting evidence no later than August 26, 2013, with Defendants' reply and submission on September 2.

DONE this 8th day of July, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE