IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN McKITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:12cv673-WHA |
| ) | |
| ALABAMA ALCOHOLIC BEVERAGE ) | (WO) |
| CONTROL BOARD and JEFF ROGERS, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

The court on this day having entered its Memorandum and Opinion granting summary judgment in favor of the Defendants,

Final Judgment is entered in favor of the Alabama Alcoholic Beverage Control Board and Jeff Rogers, and against the Plaintiff Stephen McKitt.  Costs are taxed against the Plaintiff.

DONE this 25th day of September, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE